# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No:  5:07CR23-06 |
| Katrina Dette Ikard | ) USM No:  21307-058 |
| Date of Previous Judgment:   10/7/08 | ) Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   x  the defendant  ❑ the Director of the Bureau of Prisons  ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ■ DENIED.  ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:   23 | | Amended Offense Level:   23 | |
| Criminal History Category:   III | | Criminal History Category:   III | |
| Previous Guideline Range:   120  to  120  months | | Amended Guideline Range:   120  to  120  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❑ The reduced sentence is within the amended guideline range.
❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❑ Other (explain):

## III.  ADDITIONAL COMMENTS
The 2007 edition of the Guidelines Manual (including May 1, 2008 Supplement - Amendment 706) was applied in the original sentencing; therefore, there is no further reduction.

Except as provided above, all provisions of the judgment dated    10/7/08    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    March 24, 2009

Effective Date:    March 24, 2009
    (if different from order date)

Richard L. Voorhees
United States District Judge